**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br>vs.<br><br>LAW OFFICES OF WINN AND SIMS, a Professional Corporation; BRIAN N. WINN; RALPH L. SIMS; and DOES 1 through 25 inclusive,<br><br>                    Defendants. | CASE NO. 06-CV-599-H (AJB)<br><br>**ORDER GRANTING PLAINTIFF'S MOTIONS TO SEAL EXHIBITS TO HIS PREVIOUSLY FILED COMPLAINT**<br><br>[Doc. No. 7] |

      On March 17, 2006, Plaintiff filed a complaint against Defendants Law Offices of Winn and Sims, Brian N. Winn, and Ralph L. Sims. (Doc. No. 1.) On May 25, 2006, Plaintiff voluntarily dismissed the action without prejudice. (Doc. No. 6.) On January 7, 2013, Plaintiff, proceeding pro se, filed a motion to seal the exhibits attached to his previously filed complaint, specifically ECF page numbers 23, 26, 29, 37, and 39 of the Document No. 1. (Doc. No. 7.) Plaintiff seeks to seal these exhibits because they contains confidential financial-account numbers and financial records that may be sealed pursuant to Federal Rule of Civil Procedure 5.2(a), (e). (Id.)

///

///

After reviewing the documents in question, the Court concludes that good cause exists to seal the documents. Accordingly, the Court **GRANTS** Plaintiff's request to seal the exhibits to the complaint without prejudice to the Court modifying this order at a later time.

**IT IS SO ORDERED.**

DATED: January 9, 2013

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT