UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LAW OFFICES OF WINN AND SIMS, a Professional Corporation; BRIAN N. WINN; RALPH L. SIMS; and DOES 1 through 25, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 06-cv-00599-H-AJB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE AN *EX PARTE* MOTION TO SEAL UNDER SEAL** |

　　　　On March 17, 2006, Plaintiff John Doe ("Plaintiff") filed a complaint against Defendants Law Offices of Winn and Sims, Brian N. Winn, Ralph L. Sims, and Does 1 through 25. (Doc. No. 1.) On May 25, 2006, Plaintiff voluntarily dismissed his claims in this action without prejudice, terminating the case. (Doc. No. 6.)

On January 7, 2013, Plaintiff, proceeding pro se, filed a motion to seal several exhibits attached to his previously filed complaint because they contained confidential financial information that may be sealed pursuant to Federal Rule of Civil Procedure 5.2. (Doc. No. 7.) On January 9, 2013, the Court granted Plaintiff's motion, sealing ECF pages 23, 26, 29, 37, and 39 of the complaint. (Doc. No. 8.)

On May 16, 2021, Plaintiff filed an application under seal. The application requests the Court's permission to file under seal an ex parte motion to seal the entire case or, in the alternative, to redact all of Plaintiff's personal information from the record. After reviewing the application and the motion, the Court grants Plaintiff's application to file the motion under seal. The Court directs the clerk to file under seal (1) Plaintiff's application to file an ex parte motion under seal and (2) Plaintiff's ex parte motion to seal the case.

**IT IS SO ORDERED.**

DATED: June 8, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT