UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>v.<br><br>LAW OFFICES OF WINN AND SIMS, a Professional Corporation; BRIAN N. WINN; RALPH L. SIMS; and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No.:  06-cv-00599-H-AJB<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE A SUPPLEMENTAL *EX PARTE* MOTION TO SEAL UNDER SEAL** |

    On June 21, 2021, the Court issued an order granting in part and denying in part Plaintiff John Doe's ("Plaintiff") motion to seal. (Doc. No. 12.)  That same day, the Court received the following three filings by Plaintiff: (1) a petition to re-open the case; (2) an application to file a supplemental *ex parte* motion to seal under seal; and (3) a

supplemental *ex parte* motion to seal. After reviewing filings, the Court directs the Clerk to file Plaintiff's petition to re-open the case on the docket. Additionally, the Court grants Plaintiff's application to file a supplemental *ex parte* motion under seal. Accordingly, the Court directs the Clerk to file under seal (1) Plaintiff's application to file a supplemental *ex parte* motion under seal and (2) Plaintiff's supplemental *ex parte* motion to seal. The Court will address Plaintiff's petition to re-open the case and his supplemental *ex parte* motion to seal in a separate order.

**IT IS SO ORDERED.**

DATED: June 25, 2021

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT